**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JEVIC HOLDING CORP., *et al.*,[1]<br><br>　　*Debtors*. | Chapter 11<br><br>Case No. 08-11006 (BLS) |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of the bankruptcy estates of JEVIC HOLDING CORP., *et al.*,<br><br>　　*Plaintiff*,<br><br>v.<br><br>THE CIT GROUP/BUSINESS CREDIT, INC., in its capacity as Agent, *et al.*,<br><br>　　*Defendants*. | Adv. Proc. No. 08-51903 (BLS) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GEORGE L. MILLER, in his capacity as the chapter 7 trustee of the Debtors' bankruptcy estates,<br><br>　　*Appellant*,<br><br>v.<br><br>CIT GROUP/BUSINESS CREDIT INC., in its capacity as Agent, *et al.*,<br>　　*Appellees*. | C.A. No. 1:21-cv-00811-RGA<br>Bankr. BAP No. 21-34 |

---

[1]　　The Debtors in these cases, along with the last four digits of the federal tax identification number for each of the Debtors, are Jevic Holding Corp. (8738), Creek Road Properties, LLC (9874) and Jevic Transportation, Inc (3402).

14726346

# DESIGNATION BY APPELLANT
# OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

George L. Miller, in his capacity as the chapter 7 trustee of the Debtors' bankruptcy estates ("Trustee"), by and through his undersigned counsel respectfully submits, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), his designation of the record on appeal from an adversary proceeding captioned *Official Committee of Unsecured Creditors v. The CIT Group/Business Credit, Inc., et al.* (*In re Jevic Holding Corp.*), Adv. No. 08-51903 (BLS) (Bankr. D. Del.) (the "Adversary Proceeding").[2]  Specifically, the Trustee appeals the *Opinion* (Adv. D.I. 151) entered by the United States Bankruptcy Court for the District of Delaware, Hon. Brendan Linehan Shannon, J. (the "Bankruptcy Court"), on May 5, 2021, and the *Order (I) Denying the Chapter 7 Trustee's Motion to Substitute as Real Party Interest and (II) Granting, in Part, and Denying, in Part, as Moot the Motions of the CIT Group/Business Credit, Inc., as Agent, and Sun Capital for Judgment on the Pleadings* (Adv. D.I. 153) entered by the same court on May 19, 2021 (collectively, the "Opinion and Order").

---

[2] References to the documents filed in the Adversary Proceeding will be cited herein as "Adv. D.I. ___".  References to documents filed on the docket in this Appeal will be referred to as "D.I. ___".

## DESIGNATION OF ITEMS TO BE
## INCLUDED IN THE RECORD ON APPEAL[3]

1. All documents designated by any other party.

2. Listing of docket entries kept by the bankruptcy clerk in the Adversary Proceeding, attached hereto as <u>Exhibit A</u>.

3. Transcript of hearing before the Bankruptcy Court on February 22, 2021, attached hereto as <u>Exhibit B</u>.

4. The items from the dockets listed below:

**Official Committee of Unsecured Creditors
v. The CIT Group/Business Credit, Inc., et al.
<u>(In re Jevic Holding Corp.), Adv. No. 08-51903 (BLS) (Bankr. D. Del.)</u>**

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 1 | 12/31/2008 | 1 | Complaint and Objection to Claims by Official Committee of Unsecured Creditors on behalf of the bankruptcy estates of Jevic Holding Corp, et al. against CIT Group Business Credit, Inc. |
| 2 | 1/30/2009 | 5 | Motion to Dismiss Adversary Proceeding -- The CIT Group/Business Credit, Inc.'s Motion to Dismiss the Complaint |
| 3 | 1/30/2009 | 6 | Memorandum of Law of The CIT Group/Business Credit, Inc. in Support of Its Motion to Dismiss Complaint and Objection to Claims |
| 4 | 2/13/2009 | 9 | Memorandum of Law In Opposition to the Motion of CIT Group/Business Credit, Inc. to Dismiss Complaint and Objection to Claims |

---

[3] Items designated include all exhibits and submissions attached thereto and, as to hearing transcripts, any and all documents admitted into evidence.

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 5 | 2/23/2009 | 10 | The CIT Group/Business Credit, Inc.'s Reply to Memorandum of the Official Committee of Unsecured Creditors of Jevic Holding Corp. in Opposition to the Motion of The CIT Group/Business Credit, Inc. to Dismiss Complaint and Objection to Claims |
| 6 | 6/15/2010 | 16 | Additional Authority in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss |
| 7 | 6/30/2010 | 17 | Amended Complaint to Add Party Filed by Official Committee of Unsecured Creditors on behalf of the bankruptcy estates of Jevic Holding Corp, et al. |
| 8 | 9/27/2010 | 21 | Answer to Complaint Filed by Sun Capital Partners IV, LP, Sun Capital Partners Management IV, LLC, Sun Capital Partners, Inc. |
| 9 | 4/20/2011 | 24 | Transcript regarding Hearing Held 4/14/2011 |
| 10 | 5/13/2011 | 29 | The CIT Group/Business Credit, Inc.'s Supplemental Memorandum in Support of Its Motion to Dismiss |
| 11 | 5/27/2011 | 33 | Plaintiff's Supplemental Memorandum In Opposition To Defendant's Motion To Dismiss |
| 12 | 6/3/2011 | 37 | The CIT Group/Business Credit, Inc.'s Reply to Plaintiff's Supplemental Memorandum in Opposition to Defendant's Motion to Dismiss |
| 13 | 9/15/2011 | 40 | Opinion Regarding Motion to Dismiss filed by CIT Group/Business Credit, Inc. |
| 14 | 9/15/2011 | 41 | Order Relating to Opinion Regarding Motion to Dismiss filed by CIT Group/Business Credit, Inc. |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 15 | 10/7/2011 | 43 | Second Amended Complaint to Filed by Official Committee of Unsecured Creditors on behalf of the bankruptcy estates of Jevic Holding Corp |
| 16 | 11/4/2011 | 44 | Answer to Amended Complaint Filed by Sun Capital Partners IV, LP, Sun Capital Partners Management IV, LLC, Sun Capital Partners, Inc. |
| 17 | 11/4/2011 | 45 | Answer to Amended Complaint, Counterclaim by The CIT Group/Business Credit, Inc. |
| 18 | 11/23/2011 | 47 | Answer to Complaint with Counterclaim Filed by Official Committee of Unsecured Creditors on behalf of the bankruptcy estates of Jevic Holding Corp, et al. |
| 19 | 6/27/2012 | 67 | Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 20 | 10/23/012 | 69 | Supplement to Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 21 | 11/9/2012 | 71 | Reply of Debtors to Objections to the Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 22 | 11/9/2012 | 72 | Joint Response of the CIT Group/Business Credit, Inc., as Agent, and Sun Capital to Objections to, and Statement in Support of the Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 23 | 11/9/2012 | 73 | Response of the Official Committee of Unsecured Creditors to Objections to Motion for Approval of Settlement Agreement and Dismissal of the Debtors' Chapter 11 Cases |
| 24 | 11/27/2012 | 75 | Transcript regarding Hearing Held 11/13/2012 |
| 25 | 12/4/2012 | 78 | Vacated Order Granting Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 26 | 12/18/2012 | 79 | Notice of Appeal |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 27 | 8/29/2013 | 88 | Stipulation of Voluntary Dismissal of Adversary Proceeding with Prejudice Filed by The CIT Group/Business Credit, Inc., as Agent |
| 28 | 10/11/2013 | 89 | Certification of Counsel Regarding Satisfaction of Conditions In Order Granting Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 29 | 1/28/2014 | 90 | Copy of District Court Memorandum Opinion on Appeal |
| 30 | 1/28/2014 | 91 | Copy of District Court Order Dismissing Appeal and Affirming the Order of the Bankruptcy Court |
| 31 | 5/16/2017 | 92 | District Court Order Regarding Mandate From the United States Court of Appeals that the Order of the Bankruptcy Court is Vacated and the Case is Remanded to the United States Bankruptcy Court for Further Proceedings. |
| 32 | 2/22/2018 | 99 | Motion to Approve Compromise under Rule 9019 |
| 33 | 5/10/2018 | 106 | Reply of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors in Support of the Motion to Approve Compromise under Rule 9019 |
| 34 | 5/24/2018 | 110 | Transcript regarding Hearing Held 5/21/2018 |
| 35 | 12/21/2018 | 115 | Transcript regarding Hearing Held 12/19/2018 |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 36 | 4/12/2019 | 121 | Motion to Substitute Chapter 7 Trustee as Real Party in Interest |
| 37 | 4/12/2019 | 122 | Opening Brief in Support of Motion to Substitute Chapter 7 Trustee as Real Party in Interest |
| 38 | 4/6/2020 | 125 | Motion for Judgment on the Pleadings filed by Sun Capital Partners IV, LP, Sun Capital Partners Management IV, LLC, Sun Capital Partners, Inc. |
| 39 | 4/6/2020 | 127 | Combined Response of Sun Capital to Motion to Substitute Chapter 7 Trustee as Real Party in Interest and Memorandum of Law in Support of Sun Capitals Motion for Judgment on the Pleadings |
| 40 | 4/6/2020 | 130 | Motion for Judgment on the Pleadings filed by CIT Group/Business Credit, Inc. |
| 41 | 4/6/2020 | 131 | Objection of The CIT Group/Business Credit, Inc., as Agent, to the Motion to Substitute Chapter 7 Trustee as Real Party in Interest |
| 42 | 4/6/2020 | 132 | Opening Brief of The CIT Group/Business Credit, Inc., as Agent, in (I) Opposition to the Motion to Substitute Chapter 7 Trustee as Real Party in Interest and (II) Support of the Motion of The CIT Group/Business Credit, Inc., as Agent, for Judgment on the Pleadings |
| 43 | 5/7/2020 | 136 | Chapter 7 Trustee's Combined (I) Opposition Brief to Motions for Judgment on the Pleadings, and (II) Reply Brief in Support of Motion to Substitute Chapter 7 Trustee as Real Party in Interest |
| 44 | 5/12/2020 | 137 | Notice of Errata |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 45 | 5/28/2020 | 139 | Combined Response of Sun Capital to Motion to Substitute Chapter 7 Trustee as Real Party in Interest and Memorandum of Law in Support of Sun Capital's Motion for Judgment on the Pleadings |
| 46 | 5/28/2020 | 140 | Reply of The CIT Group/Business Credit, Inc. in (I) Opposition to Motion to Substitute as Real Party in Interest, and (II) Support for Motion for Judgment on the Pleadings |
| 47 | 5/5/2021 | 151 | Opinion Denying Trustee's Motion to Substitute, and Granting in Part, and Denying in Part, CIT/Sun Motions for Judgment on the Pleadings |
| 48 | 5/19/2021 | 153 | Order (I) Denying the Chapter 7 Trustee's Motion to Substitute as Real Party Interest and (II) Granting, in Part, and Denying, in Part, as Moot the Motions of The CIT Group/Business Credit, Inc., as Agent, and Sun Capital for Judgment on the Pleadings |
| 49 | 5/20/2021 | 154 | VIRTUAL ENTRY TO CAPTURE JUDGMENT |
| 50 | 6/2/2021 | 156 | Notice of Appeal |
| 51 | 6/7/2021 | 160 | Transcript regarding Hearing Held 2/22/2021 |

### *In re Jevic Holding Corp.*, Bankr. No. 08-11006 (BLS) (Bankr. D. Del.)

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 52 | 5/20/2008 | 11 | Motion to Approve Debtor In Possession Financing |
| 53 | 5/22/2008 | 32 | Interim Order Granting Motion to Approve Debtor In Possession Financing |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 54 | 5/23/2008 | 37 | Notice of Filing of Debtor-in-Possession Credit, Guaranty and Security Agreement |
| 55 | 6/4/2008 | 77 | Appointment of Official Creditor Committee |
| 56 | 6/20/2008 | 118 | Final Order Granting Motion to Approve Debtor In Possession Financing |
| 57 | 8/18/2008 | 207 | Debtors' Motion for Approval of First Amendment to Debtor-in-Possession Credit, Guaranty and Security Agreement |
| 58 | 8/20/2008 | 215 | Order Approving Stipulation by and Between the Official Committee of Unsecured Creditors and The CIT Group/Business Credit, Inc. |
| 59 | 8/21/2008 | 217 | Order Granting Debtors' Motion for Approval of First Amendment to Debtor-in-Possession Credit, Guaranty and Security Agreement |
| 60 | 9/26/2008 | 277 | Order Approving Stipulation by and Between the Official Committee of Unsecured Creditors and the CIT Group/Business Credit, Inc. |
| 61 | 10/9/2008 | 287 | Debtors' Motion for Approval of Second Amendment to Debtor-In-Possession Credit, Guaranty and Security Agreement |
| 62 | 10/16/2008 | 290 | Order Granting Debtors' Motion for Approval of Second Amendment to Debtor-in-Possession Credit, Guaranty and Security Agreement |
| 63 | 10/30/2008 | 304 | Order Approving Stipulation by and Between the Official Committee of Unsecured Creditors and the CIT Group/Business Credit, Inc. |
| 64 | 11/26/2008 | 333 | Order Approving Stipulation By And Between The Official Committee of Unsecured Creditors And The CIT Group/Business Credit, Inc. |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 65 | 12/9/2008 | 349 | Debtors' Motion for Approval of Third Amendment to Debtor-in-Possession Credit, Guaranty and Security Agreement |
| 66 | 12/19/2008 | 368 | Order Granting Debtors' Motion for Approval of Third Amendment to Debtor-in-Possession Credit, Guaranty and Security Agreement |
| 67 | 2/27/2009 | 434 | Order Approving Stipulation and Order Authorizing Official Committee of Unsecured Creditors to Commence Litigation Against (1) Sun Capital IV LP and its Affiliates and (2) The Debtors' Present and Former Officers and Directors |
| 68 | 6/27/2012 | 1346 | Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112(b) and Fed. R. Bankr. P. 9019 for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 69 | 6/28/2012 | 1353 | Exhibit E to Joint Motion of the Debtors, CIT, Sun Capital, and the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a), 349 and 1112(b) and Fed. R. Bankr. P. 9019 for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 70 | 11/27/2012 | 1514 | Transcript regarding Hearing Held 11/13/2012 |
| 71 | 12/4/2012 | 1519 | Transcript regarding Hearing Held 11/28/2012 |

| No. | Date | Docket No. | Description |
|---|---|---|---|
| 72 | 1/2/2013 | 1545 | Motion for Stay Pending Appeal |
| 73 | 1/10/2013 | 1552 | Joint Objection of the Debtors, CIT, Sun Capital and the Official Committee of Unsecured Creditors to WARN Plaintiffs' Motion for Stay Pending Appeal |
| 74 | 1/16/2013 | 1555 | Transcript regarding Hearing Held 1/11/2013 |
| 75 | 1/23/2013 | 1567 | Order Denying Motion for Stay Pending Appeal |
| 76 | 2/28/2013 | 1599 | Transcript regarding Hearing Held 1/18/2013 |
| 77 | 10/11/2013 | 1741 | Certification of Counsel Regarding Satisfaction of Conditions In Order Approving Joint Motion of the Debtors, CIT, Sun Capital and the Official Committee of Unsecured Creditors for Entry of an Order: (I) Approving Settlement Agreement and Releasing Claims; (II) Dismissing the Debtors' Cases Upon Implementation of Settlement; and (III) Granting Related Relief |
| 78 | 5/23/2018 | 1805 | Order Denying Motion to Approve Settlement and Granting Motion to Convert to Case Under Chapter 7 |
| 79 | 6/5/2018 | 1807 | Appointment of Trustee George L. Miller |
| 80 | 6/6/2018 | 1808 | Notice of Conversion from Chapter 11 to Chapter 7 |
| 81 | 10/12/2018 | 1856 | Order (A) Reopening the Chapter 11 Cases of (I) Creek Road Properties, LLC and (II) Jevic Transportation, Inc., (B) Converting Those Cases to Cases Under Chapter 7 to be Administered by the Chapter 7 Trustee, and (C) Granting Related Relief |

**Czyzewski v. Jevic Holding Corp.
(In re Jevic Holding Corp.), No. 13-104-SLR (D. Del.)**

| No. | Date | Docket No. | Description |
| --- | --- | --- | --- |
| 82 | 11/21/2013 | 14 | Motion to Dismiss Appeal as Equitably Moot |
| 83 | 11/21/2013 | 15 | Joint Opening Brief in Support of Motion to Dismiss Appeal as Equitably Moot |
| 84 | 11/21/2013 | 16 | Appendix to Joint Opening Brief in Support of Motion to Dismiss Appeal as Equitably Moot |
| 85 | 11/21/2013 | 17 | Affidavit of William W. Weller in Support of Joint Opening Brief in Support of Motion to Dismiss Appeal as Equitably Moot |
| 86 | 12/12/2013 | 19 | Answering Brief in Opposition to Motion to Dismiss Appeal as Equitably Moot |
| 87 | 12/19/2013 | 20 | Reply Brief in Support of Joint Opening Brief in Support of Motion to Dismiss Appeal as Equitably Moot |
| 88 | 1/24/2014 | 22 | Memorandum Opinion |
| 89 | 1/24/2014 | 23 | Order Dismissing Appeal and Affirming Order of the Bankruptcy Court |

[*Remainder of Page Intentionally Left Blank*]

Dated: June 15, 2021
      Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**

 /s/  Jennifer R. Hoover
Michael J. Barrie (DE No. 4684)
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
Sean A. Meluney (DE No. 5514)
Matthew D. Beebe (DE No. 5980)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012
mbarrie@beneschlaw.com
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
smeluney@beneschlaw.com
mbeebe@beneschlaw.com

*Counsel to Appellant George L. Miller Chapter 7 Trustee*